IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYNDI MISKE AND DARIN MISKE, | |
| Plaintiffs, | 4:13-CV-3222 |
| vs. | |
| KRISTINA PAKIZ, M.D., et al., | ORDER |
| Defendants. | |

This matter is before the Court on the joint stipulation for dismissal submitted by plaintiffs and defendants Alegent Health Creighton University Medical Center, LLC (AH-CUMC) and Alegent Creighton Health, Inc. (ACH). Filing 32. The Court will grant the parties' stipulation; and plaintiffs' claims against these defendants are dismissed.

THEREFORE, IT IS ORDERED:

1. The parties' joint stipulation for dismissal (filing 32) is granted.

2. Plaintiffs' claims against defendants AH-CUMC and ACH are dismissed, each party to pay its own costs, and with the complete record waived.

Dated this 19th day of May, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge