IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYNDI MISKE, DARIN MISKE,<br><br>                Plaintiffs,<br><br>vs.<br><br>KRISTINA PAKIZ, M.D.; et. al;<br><br>                Defendants. | **4:13CV3222**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Kathryn Brack Morrow to withdraw as counsel for Plaintiffs Syndi Miske and Darin Miske, (filing no. 42), is granted.

September 2, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge