IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYNDI MISKE and DARIN MISKE,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTINA PAKIZ, M.D., et al.,<br><br>        Defendants. | 4:13-CV-3222<br><br>ORDER |

    This matter is before the Court on the joint motion to dismiss (filing 63) filed by plaintiffs and defendant Christine L. Cimo Hemphill. They ask that the plaintiffs' claims against Hemphill be dismissed, with prejudice, plaintiffs and Hemphill to pay their own costs and fees. The remaining defendants have no objection. Accordingly,

    IT IS ORDERED:

    1.    The joint motion to dismiss (filing 63) is granted.

    2.    Plaintiffs' claims against Hemphill are dismissed, with prejudice, plaintiffs and Hemphill to pay their own costs and fees.

    DATED this 18th day of December, 2014.

    BY THE COURT:

    _____
    John M. Gerrard
    United States District Judge