IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYNDI MISKE AND DARIN MISKE, | |
| Plaintiffs, | 4:13-CV-3222 |
| vs. | JUDGMENT |
| KRISTINA PAKIZ, M.D., et al., | |
| Defendants. | |

Pursuant to the parties' joint stipulation for dismissal (filing 65), this case is dismissed, with prejudice, each party to pay its own costs and fees.

Dated this 30th day of December, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge